No. D–1295. IN RE DISBARMENT OF KANALEY. It is ordered that John Collins Kanaley, of Syracuse, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.